**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

FRANK OLIVO and
JANIE OLIVO,

    Plaintiffs,

vs.

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY,

    Defendant.

CASE NO. 1:16-cv-01002-LY

## **JOINT NOTICE OF SETTLEMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    Plaintiffs, Frank Olivo and Janie Olivo, and Defendant, Wright National Flood Insurance Company, by its undersigned attorneys, respectfully notify the Court that the parties have tentatively settled this matter and request thirty (30) days from this notice to finalize settlement papers and file a joint motion to dismiss with prejudice.

Respectfully submitted,

BAKER & HOSTETLER, LLP

By: /s/ Bradley K. Jones
    Bradley K. Jones, State Bar No. 24060041
    811 Main Street, Suite 1100
    Houston, TX 77002
    Telephone:    (713) 751-1600
    Facsimile:    (713) 751-1717
    Email: bkjones@bakerlaw.com

and

FREEBORN & PETERS LLP

By: /s/ Joel W. Morgan
    Joel W. Morgan, VSB No. 65761
    411 East Franklin Street, Suite 200
    Richmond, VA 23219
    Telephone:    (804) 644-1300
    Facsimile:    (804) 644-1354
    Email: jwmorgan@freeborn.com
    Pro Hac Vice
*Counsel for Defendant Wright National Flood Insurance Company*

AND

LAW OFFICES OF KEVIN MICHASEL, P.C.

By: /s/ Kevin R. Michaels
    Kevin R. Michaels, State Bar No. 00784598
    888 W. Sam Houston Pkwy. S., Suite 226
    Houston, Texas 77042
    Telephone:  281-496-9889
    Facsimile:  281-496-4211
    Email: kmichaels@michaelslaw.net
*Counsel for Plaintiffs*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2017, a copy of the foregoing document was filed with the Clerk of Court by using the CM/ECF system:

>Kevin R. Michaels, State Bar No.: 00784598
>LAW OFFICES OF KEVIN R. MICHAELS, P.C.
>888 W. Sam Houston Pkwy. S., Suite 226
>Houston, TX 77042
>Email: kmichaels@michaelslaw.net
>*Counsel for Plaintiffs*

>*/s/ Bradley K. Jones*
>Bradley K. Jones, State Bar No. 24060041