IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 AUG 25 PM 12: 43
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY

| | | |
|---|---|---|
| FRANK AND JANIE OLIVO, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| | § | CAUSE NO. 1:16-CV-1002-LY |
| WRIGHT NATIONAL FLOOD | § | |
| INSURANCE COMPANY, | § | |
| DEFENDANT. | § | |

## **FINAL JUDGMENT**

Before the court in the above styled and numbered cause is the parties' filing stipulating dismissal of this action with prejudice (Clerk's Doc. No. 40). The court has reviewed and approves the filing. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the above numbered cause of action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this _____ day of August, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE